IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONRAAD HOEVER,

    Plaintiff,

v.          CASE NO. 4:13-cv-549-MW/GRJ

C. CARRAWAY, et al.,

    Defendants.

_____

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTION

This Court has considered, without hearing, the Motion for Extension of Time to File an Objection to the magistrate's report and recommendation, ECF No. 10, filed November 12, 2013. The motion is **GRANTED**. Plaintiff shall file his objections to the report and recommendation, ECF No. 8, on or before **November 25, 2013.**

    SO ORDERED on November 20, 2013.

                                      s/Mark E. Walker               
                                      **United States District Judge**