IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    **Plaintiff,**

**v.**      **CASE NO. 4:13-cv-549-MW/GRJ**

**C. CARRAWAY, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 8, filed October 25, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Amended Motion Preliminary Injunction and Temporary Restraining Order, ECF No. 5, is **DENIED**."

SO ORDERED on December 2, 2013.

                                          **s/Mark E. Walker**
                                          **United States District Judge**