# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    **Plaintiff,**

**v.**                              **CASE NO. 4:13-cv-549-MW/GRJ**

**C. CARRAWAY, et al.,**

    **Defendants.**

_____/

## ORDER WITHDRAWING ORDER
## AND CLERK'S JUDGMENT OF DECEMBER 2, 2013

This Court hereby **withdraws** its Order Accepting and Adopting Report and Recommendation, ECF No. 13, filed December 2, 2013, along with the Judgment entered by the Clerk, ECF No. 14, on December 2, 2013.

**SO ORDERED on December 4, 2013.**

                                              **s/Mark E. Walker**
                                              **United States District Judge**