# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    **Plaintiff,**

v.                              **CASE NO. 4:13-cv-549-MW/GRJ**

**C. CARRAWAY, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 8, filed October 25, 2013, along with Plaintiff's Objections, ECF No. 15, filed December 3, 2013. Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Amended Motion Preliminary Injunction and Temporary Restraining Order, ECF No. 5, is **DENIED**."

**SO ORDERED** on December 6, 2013.

                                                  **s/Mark E. Walker**
                                                **United States District Judge**

\