IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONRAAD HOOVER,

    Plaintiff,

v.                                          CASE NO.  4:13-cv-549-MW/GRJ

C. CARRAWAY, et al.,

    Defendants.

_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 35, filed May 15, 2014.  Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Defendant Carraway is **DISMISSED without prejudice** from this case pursuant to Federal Rule of Civil

1

Procedure 21 as an improperly joined defendant."

**SO ORDERED on June 13, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
