1/08/16 for mailing by [signature] CH
Date            Initials

UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF FLORIDA, TALLAHASSE DIVISION

CONRAAD L. HOEVER,
    Plaintiff,

Vs.                  Case no.: 4:13-CV-549-MW-GRJ

ROBERT MARKS, et.al.,
    Defendants.

## MOTION TO SUPPLEMENT THE RECORD WITH THE ATTACHED AFFIDAVIT AND EXHIBIT.[1]

Comes now, Plaintiff, Conraad L. Hoever, acting pro se, and moves this Honorable Court with this instant motion to supplement the record with the attached affidavit and exhibit, by Douglas D. Andry DC# 413069, that Petitioner recently obtained in support of his complaint and allegations against the Defendants-specifically, Defendant Caleb Paul.

This supplemental affidavit also serves as an additional support of Plaintiff's motion [filed on January 4, 2016] objecting to the Magistrate Judge's Report and Recommendation to grant Defendant Paul's motion for summary judgment; as proof to contradict Defendant Paul's sworn to denial in his declaration (Def. Exh. F.) and his sworn to response/answer to Plaintiff's interrogatories that he never retaliated, harassed, or threatened any inmate

---

[1] Plaintiff did not receive all the affidavits he was expecting, but Plaintiff alerted the court in his motion in opposition of Defendants' motion to dismiss, that he was awaiting additional affidavits. see motion in opposition at 6 under footnote 1.

1

[at Franklin Correctional Institution]; as well as proof that he perjured himself.

This [attached] sworn to affidavit by inmate Andry had been complemented by the approved informal grievance (as an attachment to the affidavit and this motion denoted as "Supplemental Exhibit A" or "Supp. Exh. A.") as proof that this incident did occur, and also as proof that at the time of Defendant Paul's sworn to response to Plaintiff's interrogatories and his sworn to declaration in this case, he had knowledge of such evidence in his employee file.

As a result, there exists a genuine issue of disputed material facts for a reasonable jury to find that Defendant Paul did threaten, harass, and retaliated against Plaintiff, and that he perjured himsef in violation of the law, 26 U.S.C.A § 7206.

WHEREFORE, based on the aforementioned, Plaintiff PRAYS that this Honorable Court supplement the record with the attached affidavit and exhibit and to consider them also in his motion objecting to the Magistrate Judge's Report and Recommendation to GRANT Defendant Paul's motion for summary judgment, such that this Honorable Court can DENY Defendant Paul's motion for summary judgment and to execute any and all other relief and/or judgment this Honorable Court deems just, fit, proper and equitable.

Repectfully submitted,

Conrad L. Hoever #L85966
Plaintiff, pro se
Madison Corr. Inst.
382 SW MCI way
Madison, FL. 32340-4430

2

## VERIFICATION

I DECLARE UNDER THE PENALTY OF PERJURY that I have read the foregoing and that the statement of facts within are true and correct.

Conrad L. Hoever #L85966
Plaintiff, pro se.

## CERTIFICATE OF SERVICE

I HEREBY DEclare that I have placed true and correct copies of this instrument in the hands of mailroom personnel at Madison Corr. Inst. for mailing via USPS First-Class prepaid mail to: 1) Clerk of Court, U.S. District Court, N.D. of Florida, 401 S.E. 1st Avenue, Suite 243, Gainesville, Florida 32601-6805, and 2) Office of the Attorney General, The Capitol, PL-01, Tallahassee, Florida 32399-1050 on this 8th day of January 2016.

Conrad L. Hoever #L85966
Plaintiff, pro se
Madison Corr. Inst
382 SW MCI Way
Madison, FL. 32340-4430

3

# GENERAL AFFIDAVIT

STATE OF FLORIDA

SS

COUNTY OF Madison

I, Douglas D. Andry DC# 413069, do hereby swear that the following statement is true and correct and made of my own free will, from my own personal knowledge:

I am of competent age (over the age of 18) and a prisoner in the Florida prison system since late 2012. I was housed at Franklin Correctional Institution from late 2012, through late 2014, before being transferred to Madison Correctional Institution where I am currently housed. Besides my person, I personally witnessed Sgt Paul, verbally abusing, threatening, harassing and retaliating against other inmates. He threatened to spray us with mace and to lock us up in confinement and leave us there. Sgt Paul began to personally threaten and harass me, out of retaliation, after a grievance I filed against him for violating the "rules of conduct" he ought to adhere by. On May 23, 2014 I filed a grievance against Sgt Paul for using derogatory language against me in violation of the "rules of [professional] conduct." The grievance was approved on May 30, 2014, by Colonel Bellelis after review and evaluation of my allegations.

Any additional facts maybe added on reverse side or extra paper if needed.

Under the penalties of perjury, I declare that I have read the foregoing affidavit and the facts stated in it are true and correct in accordance with Section § 92.525 Florida Statutes (2006)

By: Douglas D. Andry   1-8-16
        Affiant

My inmate file and Srgt Pauls emploee file should reflect [a copy of] that grievance. I am willing and will be available to testify in court hereto if it is required from me.

Douglas D. Andry
Affiant

Address: Madison C.I.
382 SW M.C.I. Way
Madison FL 32340

SWORN AND SUBSCRIBED BEFORE ME
This ___ day of _____ 20___

NOTARY PUBLIC

HEATHER MAURICE
MY COMMISSION # FF 903222
EXPIRES: July 23, 2019
Bonded Thru Budget Notary Services

Personally known _____ or produced identification
Type of identification produced: Inmate ID

2

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: _____

**ORIGINAL COPY**

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Other____ |
|---|---|---|---|---|

| FROM: | Inmate Name: Douglas D. Andy | DC Number: 413069 | Quarters: F-1-131-5 | Job Assignment: Houseman School | Date: 5-23-14 |

**REQUEST**       Check here if this is an informal grievance ☑

On 5-22-14 Srgt Paul came in our dorm F1 after a shakedown, I was talking to the guy next to me and ~~[strikethrough]~~ Srgt Paul was harrassing an inmate 3-4 bunks over from me, when he turned around and told me to shut my "Cocksucker" this is verbal abuse according to your "rules of conduct" for D.O.C employees Chapter {33-208.001, 33-208.002, 33-208.003} if you will read these rules you will see Srgt Paul is and was in violation of "rules of conduct" chapter {33-208.001, 33-208.002, 33-208.003}

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** Colonel 6-7    1405-150    **DATE RECEIVED:** MAY 27 2014

**RECEIVED**
**ASST. WARDEN OF PROGRAMS**

Your Grievance has been received and evaluated: ~~[strikethrough]~~
Will be reported to the inspector general's office

**RETURNED TO INMATE ON**
JUN 06 2014

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or **Approved**). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): P Belali    Date: 5-30-2014

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09) (Technical Change 1/6/10)
Incorporated by Reference in Rule 33-103.019, F.A.C.

Provided to Madison C.I. on 1/00/16 for mailing by ___ Initials

Conraad Hoever
#L85966
MADISON CORRECTIONAL INSTITUTION
382 SW M.C.I Way
MADISON, FL 32340-4430

MAILED FROM TALLAHASSEE FL
MADISON CORRECTIONAL
INSTITUTION
13 JAN 2016 PM



ZIP 32340 $000.70
02 1W
0001379831 JAN 08 2016

Clerk of Court
U.S. District Court
N.D. of Florida
401 S.E. 1st Avenue
Suite 243
Gainesville, Fl 32601-6805

LEGAL MAIL ONLY

3260186895