# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    **Plaintiff,**

**v.**                                                     Case No.: 4:13-cv-549-MW-GRJ

**MARKS, et al.,**

    **Defendants.**

_____/

## DEFENDANTS' NOTICE OF
## PROPOSED VERDICT FORM

    Defendants Marks, Nunez, and Paul ("Defendants"), through undersigned counsel, hereby file their Proposed Verdict Form.

                                                  Respectfully submitted,

                                                  **PAMELA JO BONDI**
                                                  **ATTORNEY GENERAL**

                                                  /s/ Marcus O. Graper
                                                  **MARCUS O. GRAPER**
                                                  **Senior Assistant Attorney General**
                                                  **Florida Bar No. 0044049**
                                                  Office of the Attorney General
                                                  The Capitol, PL-01
                                                  Tallahassee, Florida 32399-1050
                                                  Telephone: (850) 414-3300
                                                  Facsimile: (850) 488-4872
                                                  marcus.graper@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I hereby certify** that, on the 11th day of August, 2016, the foregoing *Defendants' Notice of Proposed Verdict Form* has been electronically filed with the Clerk of the Court by using the CM/ECF system; and that, on the 12th day of August, 2016, a true and correct copy of the foregoing will be furnished by U.S. Mail to **Conraad Hoever, DC# L85966**, Madison Correctional Institution, 382 S.W. MCI Way, Madison, Florida 32340.

/s/ Marcus O. Graper
MARCUS O. GRAPER

ii

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    **Plaintiff,**

**v.**                               **Case No.: 4:13-cv-549-MW-GRJ**

**MARKS, et al.,**

    **Defendants.**

_____/

## **VERDICT FORM**

WE THE JURY unanimously return the following verdict:

Do you find from a preponderance of the evidence:

1.    That against CONRAAD HOEVER made a complaint about the conditions of his confinement?

                                  YES _____    NO _____

2.    That against CONRAAD HOEVER's complaint about the conditions of his confinement was made in good faith as an exercise of his First Amendment rights?

                                  YES _____    NO _____

[If you answered "YES" regarding questions 1. **and** 2., continue to the next three questions. If you answered "NO" regarding either questions 1. **or** 2., skip the next four questions and proceed directly to question 7.]

1

3. That each defendant listed below took adverse action against CONRAAD HOEVER?

        CALEB PAUL        YES _____        NO _____

        ROBERT MARKS        YES _____        NO _____

        JOHN NUNEZ        YES _____        NO _____

4. That CONRAAD HOEVER'S protected speech was the motivating factor behind each defendant's adverse action (listed below)?

        CALEB PAUL        YES _____        NO _____

        ROBERT MARKS        YES _____        NO _____

        JOHN NUNEZ        YES _____        NO _____

5. That the adverse action of each defendant listed below would likely deter a similarly situated reasonable person in CONRAAD HOEVER'S position from exercising his First Amendment rights by engaging in protected speech?

        CALEB PAUL        YES _____        NO _____

        ROBERT MARKS        YES _____        NO _____

        JOHN NUNEZ        YES _____        NO _____

[Only if you answered "YES" regarding any of the defendants listed in questions 3., 4., **and** 5., continue to question 6. If you answered "NO" regarding any of the defendants listed in question 3., 4., **or** 5., skip the next question and proceed directly to question 7. for the Defendant(s) which you checked "NO."]

6. That the defendants listed below would have taken the same action in the absence of the protected speech?

        CALEB PAUL        YES _____        NO _____

        ROBERT MARKS        YES _____        NO _____

        JOHN NUNEZ        YES _____        NO _____

7. STOP AND READ CAREFULLY: Answer question 7. only if
(i.) You answered "NO" for questions 1. **or** 2.,
(ii.) You answered "NO" for one or more defendants for questions 3., 4., **or** 5., **OR**
(iii.) You answered "YES" for one or more defendants for question 6.

Based on your answers, your verdict must be for one or more of the defendants listed below and against the plaintiff. Please check next to each defendant listed below for which this question applies:

        CALEB PAUL        _____

        ROBERT MARKS        _____

        JOHN NUNEZ        _____

STOP AND READ CAREFULLY: If you checked all three defendants, proceed no further, and the foreperson should sign and date this verdict form. Otherwise, if question 7. did **not** apply to *at least one* of the defendants, proceed to question 8. for that defendant or those defendants only (and the foreperson should sign and date this verdict form).

8.      That CONRAAD HOEVER should be awarded nominal damages against each defendant listed below?

        CALEB PAUL        YES _____        NO _____

        ROBERT MARKS        YES _____        NO _____

        JOHN NUNEZ        YES _____        NO _____

SO SAY WE ALL on September \_\_\_\_\_, 2016.

                                                          _____
                                                          Foreperson's Signature