# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

CONRAAD L. HOEVER,

    *Plaintiff*,

v.                          Case No. 4:13cv549-MW/GRJ

ROBERT MARKS,
CALEB PAUL,
AND JOHN NUNEZ,

    *Defendants*.

_____/

## **VERDICT**

WE THE JURY unanimously return the following verdict:

1. Did Mr. Marks violate Mr. Hoever's First Amendment rights on June 20, 2013?

        YES ✓        NO _____

2. Did Mr. Paul violate Mr. Hoever's First Amendment rights on June 20, 2013?

        YES ✓        NO _____

FILED IN OPEN COURT THIS
9/23/16
CLERK, U.S. DISTRICT COURT, NORTH. DIST. FLA.

3. Did Mr. Marks violate Mr. Hoever's First Amendment rights on June 29, 2013?

YES ✓   NO _____

4. Did Mr. Paul violate Mr. Hoever's First Amendment rights on June 29, 2013?

YES ✓   NO _____

5. Did Mr. Nunez violate Mr. Hoever's First Amendment rights on July 20, 2013?

YES ✓   NO _____

6. Did Mr. Nunez violate Mr. Hoever's First Amendment rights on August 2, 2013?

YES ✓   NO _____

7. Did Mr. Paul violate Mr. Hoever's First Amendment rights on August 20, 2013?

YES ✓   NO _____

*[If your answers to any of the questions 1 - 7 are YES, answer question 8 on the following page. If your answers to questions 1 - 7 are NO, the verdict form is complete, and you need not answer question 8. The Foreperson need only sign and date the verdict form.]*

8.  Do you award $1 in nominal damages to Mr. Hoever?

    YES ✓           NO _____

*[Once the applicable questions are answered in their entirety, the Foreperson should sign and date the verdict form.]*

SO SAY WE ALL on this 23rd day of September, 2016.

_____
Foreperson