## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

       Plaintiff,

**v.**                               **Case No.: 4:13-cv-549-MW-GRJ**

**MARKS, et al.,**

       Defendants.

_____/

### SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE THE AMENDED MOTION FOR NEW TRIAL BY DEFENDANTS MARKS AND PAUL

Defendants Marks and Paul ("Defendants"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), move this Court for an additional fourteen (14) days to file the amended motion for new trial, and in support state as follows:

### Statement of Facts

On October 11, 2016, the Defendants moved for an extension of time to file the motion for new trial based on the need for the trial transcripts to complete the motion. (Doc. 136.)  The transcripts were ordered on that date from the trial court reporter (Ms. Megan A. Hague), and were due to be ready within 30 days on November 10,

2016.  (Id.)  An extension of eight days beyond when the transcripts would be ready (November 18th) was sought to provided enough time to obtain the transcripts, to read the transcripts, and provide citations to the record in the motion for new trial. (Doc. 136.)  On October 13, 2016, the Court granted in part the enlargement, ordering the Defendants to file the motion for new trial on the due date provided by the rules (October 21, 2016), and providing leave to file an amended motion for new trial on November 18, 2016.  (Doc. 138.)  On October 21st, the Defendants filed the motion for new trial.  (Doc. 142.)

On Monday, November 14, 2016, undersigned counsel had staff from the Office of the Attorney General ("OAG") contact Ms. Hague regarding the status of the transcripts, which should have been ready the preceding Thursday (November 10th).  In response, to the inquiry, Ms. Hague indicated that she did not have the transcripts ready, and had only started them as of November 14th.  Undersigned counsel then had OAG staff inquire as to the date that the transcripts would be ready who were informed by Ms. Hague that the transcripts would be ready on Monday, November 21, 2016 (the week of Thanksgiving).

Because the transcripts will not be available until after the due date of the amended motion for new trial, the Defendants seek an extension of time to obtain and read the transcripts, and to modify the motion for new trial to include proper citations

2

to the record.  Defendants further seek an extension beyond the week of Thanksgiving to be one week after the Friday after Thanksgiving (December 2, 2016).

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure, Rule 6(b):

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Based on the reasons cited in the foregoing, the Defendants seek an enlargement of time of fourteen days (14) days be granted in which to file the amended motion for new trial, and note that they seek this extension due to a situation outside of their control.  This Motion for Enlargement is made in good faith and not for the purpose of delay.

**WHEREFORE**, defendants Marks and Paul respectfully move this Court for an order enlarging the time by fourteen (14) days within which the Defendants have to respond to file the amended motion for new trial to on or before December 2, 2016.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Marcus O. Graper
**MARCUS O. GRAPER**
**Assistant Attorney General**
**Florida Bar No. 0044049**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
marcus.graper@myfloridalegal.com

## <u>CERTIFICATE OF WORD COUNT</u>

**I hereby certify** that, in accordance with Northern District of Florida local rule

7.1(F), the total word count for this motion and memorandum is less than 1000 words.

/s/ Marcus O. Graper
MARCUS O. GRAPER

4

## <u>CERTIFICATE OF SERVICE</u>

**I hereby certify** that the foregoing *Second Motion for Enlargement of Time to File Amended Motion for New Trial by Defendants Marks and Paul* has been furnished by U.S. Mail to *pro se* **Conraad Hoever, DC# L85966**, Madison Correctional Institution, 382 S.W. MCI Way, Madison, Florida 32340, on the <u>15th</u> day of November, 2016.

<u>/s/ Marcus O. Graper</u>
MARCUS O. GRAPER

5