IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    **Plaintiff,**

v.                                                  **CASE NO. 4:13cv549-MW/CAS**

**ROBERT MARKS,**
**JOHN NUNEZ, and**
**CALEB PAUL,**

    **Defendants.**
_____/

**ORDER DENYING LEAVE TO PROCEED**
***IN FORMA PAUPERIS* ON APPEAL**

The Plaintiff has filed a notice of appeal and a motion for leave to proceed on appeal *in forma pauperis*. ECF Nos. 177 and 178. Because Plaintiff's position in the case is so clearly unfounded as to his proposed cross-appeal, this Court finds that the cross-appeal is not taken in good faith. This Court certifies that the cross-appeal is not taken in good faith and that Plaintiff is not otherwise entitled to proceed on appeal *in forma pauperis*.

Accordingly, Plaintiff's motion for leave to proceed on appeal *in forma pauperis* is **DENIED.**

    **SO ORDERED on March 1, 2017.**

                                                                             s/Mark E. Walker          
                                                                             **United States District Judge**