# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

```
                                )
CONRAAD L. HOEVER,              )
                                )
          Plaintiff,            )  Case No: 4:13-cv-549-MW
                                )
      v.                        )  Tallahassee, Florida
                                )  September 22, 2016
ROBERT MARKS, CALEB PAUL,       )  8:12 a.m.
AND JOHN NUNEZ                  )
                                )
          Defendants.           )
_____ )
```

VOLUME 2

**(Pages 229 through 562)**

**TRANSCRIPT OF JURY TRIAL**
**BEFORE THE HONORABLE MARK E. WALKER**
**UNITED STATES DISTRICT JUDGE**

APPEARANCES:


For the Plaintiff:        CONRAAD L. HOEVER, PRO SE
                          Madison Correctional Institution
                          382 SW MCI Way
                          Madison, Florida 32340

For the Defendants:       Office of the Attorney General
                          By:  MARCUS O. GRAPER
                               WILLIAM W. GWALTNEY
                               Attorneys at Law
                          400 Sourth Monroe Street
                          Tallahassee, Florida 32399
                          marcus.graper@myfloridalegal.com
                          william.gwaltney@myfloridalegal.com

Def. Ex. B - Redacted Excerpts, Day 2

Direct Examination -  Megan Millender

1   memory.

2   A.   Yes, sir.

3   Q.   Thank you.  Is the document that I just showed you the

4   duty roster you referred to?

5   A.   Yes, sir.

6   Q.   Did it help refresh your recollection?

7   A.   Yes, sir.

8   Q.   What shift were you assigned to during that time

9   period?

10  A.   ███████

11  Q.   What are the hours of ███████?

12  A.   ███████ to ███████

13  Q.   And is that every day that shift -- or does that shift

14  ever change?  Let me rephrase the question.

15      If you are assigned to ███████, does the ███████ always

16  remain ███████ to ███████ or does ███████ ever move?

17  A.   It's always the same.

18  Q.   Have you ever seen Officer Marks, Sergeant Paul, or

19  Officer Nunez commit a crime?

20  A.   No, sir, I have not.

21  Q.   Have you ever seen them use unjustified force?

22  A.   No, sir, I have not.

23  Q.   Have you ever seen them threaten an inmate?

24  A.   No, sir I have not.

25  Q.   What would you do if you saw them threaten an inmate?

Direct Examination -  Megan Millender

1   A.   I'd report to my shift supervisor and submit an

2   incident report.

3   Q.   Is that the department policy?

4   A.   Yes, sir.

5   Q.   What would happen if you failed to report an officer

6   for committing any one of those acts?

7   A.   I could receive discipline, up to termination.

8   Q.   Did the document I gave you just a few minutes ago also

9   refresh you recollection as to where you -- what location

10  within the prison you were assigned to?

11  A.   Yes, sir.

12  Q.   What was that location?

13  A.   It's at ███ dormitory housing officer.

14  Q.   And does ███ dorm ever get called a different name?

15  Just for shortness purposes?

16  A.   █ dorm.

17  Q.   It interchangeable to say "█ dorm" or ███ dorm"?

18  A.   Yes, sir.

19  Q.   On June 29th, what was your actual assignment within

20  ███ dorm?

21  A.   I was the officer assigned in there.  My duties were to

22  take care of the housing log and the journal care, custody,

23  and control of the inmates assigned in █-dormitory.

24  Q.   So if you were in charge of the housing log, would you

25  be stationary or would you be moving around the dorm during

1   your shift?

2   A.   I would help conduct security checks, but I would also

3   be in the officer station keeping up with the log and the

4   events that are happening.

5   Q.   And from the officer's station, would you have a clear

6   line of sight to the entire dorm?

7   A.   ██████████

8   Q.   Would you know whether anyone entered or left the dorm?

9   A.   Yes, sir.

10  Q.   As part of your duties on the 29th of June, 2013, did

11  you -- were you responsible for keeping track of the events?

12  A.   Yes, sir.

13  Q.   Would that be entered in the log that you were just

14  talking about?

15  A.   ██████████

16  Q.   What types of events get recorded in the log?

17  A.   ████████████████████████████████

18  Q.   Would the log reflect when officers enter the dorm, for

19  instance?

20  A.   ████

21  Q.   Would it reflect when they exit the dorm?

22  A.   ████

23  Q.   What happens to the log at the end of the shift?

24  A.   We turn it into the control room.

25          MR. GWALTNEY:  Your Honor, may I approach the

Direct Examination - Megan Millender

1  document into evidence as Defense 12.

2          THE COURT:  Defense 12?

3          MR. GWALTNEY:  Yes, sir.  If we need to renumber

4  them, we can.

5          THE COURT:  No, that's fine.

6          Any objection to Defense 12, Mr. Hoever?

7          MR. GWALTNEY:  And just for the record, we are

8  moving to enter a redacted version of the housing unit log

9  from June 29, 2013, for █-dorm.

10          THE COURT:  If you'll show it to Mr. Hoever,

11  please.

12          While he's doing that, ladies and gentlemen of the

13  jury, earlier the parties stipulated to the admission of

14  Joint Exhibit 1, which is the, I believe, a photo copy of a

15  decal.  Is that the appropriate way to describe it?

16          MR. GWALTNEY:  I would rather not describe it for

17  the jury exactly, but it's a --

18          MR. HOEVER:  No, Your Honor.

19          THE COURT:  I'm sorry?

20          MR. GWALTNEY:  Did you --

21          THE COURT:  I just want to tell them what it is.

22  It's a photocopy of the...

23          MR. GWALTNEY:  A photocopy of an advertisement,

24  perhaps, or a logo.

25          THE COURT:  Advertisement or a logo.  That's fair

Direct Examination - Megan Millender

1          THE WITNESS:  Yes, sir.  It means he was assigned

2     in the dormitory with me.

3          THE COURT:  All right.  Further point of

4     clarification pursuant to Rule 614, you had indicated that

5     if somebody came in the dorm, that it would be reflected on

6     this log; that is, an officer; is that correct?

7          THE WITNESS:  █████████

8          THE COURT:  And so, for example, on page 2, it

9     says, like, ██████  █████████████     Does that mean

10    that's the time he would have entered the dorm?

11         THE WITNESS:  ████████

12         THE COURT:  And below that it says, ██████████

13    enters dorm.  Would that, likewise, indicate that during

14    this time frame he entered the dorm; is that correct?

15         THE WITNESS:  █████████████.

16         THE COURT:  All right.  I understand.

17         Thank you.

18         MR. GWALTNEY:  Thank you, Your Honor.

19         May I approach?

20         THE COURT:  You may.

21    BY MR. GWALTNEY:

22    Q.   Now, that it's been entered into evidence, I'm going to

23    ask you several questions related to the log itself.  So

24    feel free to refer to it if necessary.

25    A.   Yes, sir.

Direct Examination - Megan Millender

1   Q.   And just so we are clear, you did say that

2   Sergeant Paul was assigned to the dorm that night; correct?

3   A.   Yes, sir.

4   Q.   Would the log reflect if Sergeant Paul came or left the

5   dorm?

6   A.   ███████████████████

7   Q.   At any time on that log, does it reflect Sergeant Paul

8   leaving the dorm?

9        THE COURT:  Wait, is that the same log or a

10  different?

11       MR. GWALTNEY:  Same log, Your Honor.

12       THE COURT:  Okay.  This is Defense Exhibit 12.

13  BY MR. GWALTNEY:

14  Q.   And we are still talking about June 29.

15  A.   Yes, sir.

16       ████████████████████████████████████████████

17  ██████████

18  Q.   ████████

19  A.   ██████████, I'm sorry.

20  Q.   Does the log reflect Sergeant Paul ████████████ the

21  dorm following that?

22  A.   Yes, sir, it does, however the time is redacted.

23  Q.   What's the time following that that's not redacted,

24  just so we can kind of get an idea of the time range?

25  A.   7:40 p.m.

Direct Examination -  Megan Millender

1   Q.   So from that log can you tell what time range

2   Sergeant Paul ███████████

3   A.   Yes, sir, probably around seven o'clock, 7:30.

4   Q.   And what -- what is that based on?

5   A.   The prior entries made.

6   Q.   Based on that log, did Sergeant Paul ███████████     at

7   any other time during the shift?

8   A.   At 9:05 it says Officer Paul escorted an inmate to

9   medical.

10  Q.   Was Officer Marks assigned to the █-dorm on June 29,

11  2013?

12  A.   No, sir, he was not.

13  Q.   If Officer Marks entered the dorm during a shift, would

14  you have logged that?

15  A.   ███████████████████

16  Q.   Does the log reflect Officer Marks entering █-dorm at

17  anytime on June 29th?

18  A.   Yes, sir, it does, at 8:25 p.m.

19  Q.   Did he enter by himself?

20  A.   No, sir, he did not.

21  Q.   Who was with him?

22  A.   Sergeant Deal, Officer Carraway, Officer Babb,

23  Officer Singleton, Officer Marks, Officer Benton,

24  Officer Sasnett, and Officer Decourcey.

25  Q.   So Officer Marks and seven other officers were logged

Direct Examination - Megan Millender

1   into the dorm at 8:05 or 9:05?

2   A.   8:25, yes, sir.

3   Q.   Sorry.   8:25.

4        Do you recall why eight officers entered ████████

5   ████ at 8:25?

6   A.   ████████████

7   Q.   Did Officer Marks remain on ████ during the entire

8   time of the ████

9   A.   Yes, sir, he did.

10  Q.   And let me kind of break from my line of questioning

11  for a minute.

12       Because I realize it may be a little bit confusing, can

13  you briefly describe the view of the dorm?  Because we

14  referred to ████ -- how many sides are there to the dorm?

15  A.   ████████████████.

16  Q.   And ████████ of those sides clearly visible from the

17  officer's station?

18  A.   ████████

19  Q.   And when you say they entered ████████ is there

20  something that ████████████████████

21  A.   ████ ███████████████████████████

22  ████

23  Q.   Okay.  Thank you.  Did Officer Marks leave ████████

24  during the ████████

25  A.   No, sir.  He did not.

Def. Ex. B - Redacted Excerpts, Day 2

Direct Examination -  Megan Millender

1   Q.    If he had left side ▮ would you have logged that?

2   A.    ▮▮▮▮▮▮

3   Q.    If any officer had left side ▮, would you have logged

4   that as well?

5   A.    ▮▮▮▮▮▮

6   Q.    Did any of the officers leave side ▮ to go to side ▮

7   during that time frame?

8   A.    No, sir.

9   Q.    Could anyone have moved from side ▮ to side ▮ without

10  the housing officer or the control room officer knowing

11  about it?

12  A.    No, sir, they cannot.

13  Q.    How can you be sure?

14  A.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18  ▮▮▮▮

19  Q.    Is there any way for the officer -- an officer in the

20  dorm to ▮▮▮▮▮▮▮▮▮▮ without your knowledge?

21  A.    They would have to get a set of keys from me.

22  Q.    Mr. Hoever has stipulated that on June 29, 2013, he was

23  assigned to bunk ▮▮▮▮   Does that sound like a bunk that

24  sounds familiar to you for ▮▮▮ dorm?

25  A.    Yes, sir.

Direct Examination - Megan Millender

1   Q.   Can you tell from that identification which side of the

2   dorm Mr. Hoever's bunk was located?

3   A.   ███████████████

4   Q.   ███████

5        Are inmates ever permitted to move from side █ to

6   side █

7   A.   No, sir.

8   Q.   Did you see Officer Marks approach Mr. Hoever on

9   June 29?

10  A.   No, sir, I did not.

11  Q.   You said previously that Sergeant Paul left the dorm at

12  9:05; is that correct?

13  A.   Yes, sir.

14  Q.   Was the ██████ of side █ still going on at that time?

15  A.   Yes, sir.

16  Q.   And you said he was taking an inmate to medical; is

17  that correct?

18  A.   Yes, sir.

19  Q.   Based on your experience, how long would it take an

20  officer to escort an inmate to medical?

21  A.   To medical it could take about five minutes just to get

22  there.  And depending upon what his medical emergency was,

23  he could have been up there for any amount of time.

24  Q.   Would it be common for the officer to stay in medical

25  with the inmate?

Direct Examination - Megan Millender

1   A.    Yes.   Inmates are not allowed to be around medical

2   staff without security staff.

3   Q.    Before Sergeant Paul left, did you notice him threaten

4   anyone in ▌ dorm that night?

5   A.    No, sir.

6   Q.    What time did Officer Marks leave side ▌?

7   A.    9:16 p.m.

8   Q.    Did he leave by himself?

9   A.    No, sir.

10  Q.    Who else left with him?

11  A.    Sergeant Deal, Officer Carraway, Officer Babb,

12  Officer Singleton, Officer Marks, Officer Benton,

13  Officer Sasnett, and Officer Decourcey.

14  Q.    So all of the same officers that entered with him

15  earlier that evening left together?

16  A.    Yes, sir.

17  Q.    And did Officer Marks return to ▌ dorm at any time

18  during the shift?

19  A.    No, sir.

20        MR. GWALTNEY:  Your Honor, at this time we'd like

21  to use a demonstrative exhibit that we previously discussed.

22        THE COURT:  Certainly.  Ladies and gentlemen of

23  the jury, a demonstrative exhibit is something that is used

24  so a witness can explain their testimony.  It is not

25  evidence and it will not go back with you to the jury room

1          THE COURT:  Ma'am, you can step down.

2          THE WITNESS:  Yes, sir.

3   BY MR. GWALTNEY:

4   Q.   If you could, maybe stand on this side and face the

5   court reporter so she can see you.

6          Can you identify this exhibit?

7   A.   Yes, sir.  It looks like one of our open-population

8   dormitories.

9   Q.   And is that an accurate depiction of the floor plan for

10  ████ dorm at Franklin Correctional?

11  A.   Yes, sir, it is.

12  Q.   Can you please describe for the jury what this exhibit

13  shows, just generally some of the features that stand out on

14  the exhibit?

15  A.   It's a basic layout of your open population dormitory.

16  This would be ████ dorm side █.  This is a bedding area.

17  This would be a day room, their bathroom.

18          These are secured doors for when we let them up to

19  go to chow and things, that way they can't just come in and

20  out as they please.

21          This is our control room that allows us to see

22  ████████████████████████████  This is ████ side █ -- or

23  side █ day room and bedding area, and there's the bathrooms.

24  These are open rooms and cleaning rooms as well.

25  Q.   What are the walls of the control room made of?

Direct Examination - Megan Millender

1   A.   ████████████████████████████████████

2   ████████████

3   Q.   Is that all the way around the control room?

4   A.   Yes, sir.

5   Q.   ██████████████████████████████████

6   ████████████████████████

7   A.   ████████

8   Q.   Can you please take a red tab and identify and place

9   that on the control room for us, please?

10       (Witness identified the control room.)

11  BY MR. GWALTNEY:

12  Q.   Is that where you were during your shift?

13  A.   Yes, sir.

14  Q.   As we discussed, Mr. Hoever was assigned to bunk ████?

15  A.   Yes, sir.

16  Q.   Can you please place a blue tab on bunk ████.

17       (Witness identified the bunk.)

18  BY MR. GWALTNEY:

19  Q.   Is that inside 1?

20  A.   ████████

21  Q.   Can you please put another red tab on side 2 of the

22  dorm?

23  A.   Yes, sir.

24  Q.   Is that where the search took place that night?

25  A.   Yes, sir, it is.

Direct Examination -  Megan Millender

1  Q.   And I'm going to -- for the record, I'm pointing to

2  what was identified as ████████████████████████████ ██

3  ███████████████████████████████████

4  A.   Yes, sir.

5  Q.   That ███████████████████ of the dorm?

6  A.   Yes, sir.

7  Q.   And this would be the door here; is that correct?

8  A.   Yes, sir.

9  Q.   So the search was being conducted on the opposite side

10 of the ████████████████████

11 A.   Yes, sir.

12 Q.   Is it possible for an inmate housed in side █ ███████

13 ██████████████████████?

14 A.   Yes, sir, it is.

15 Q.   How would they do that?

16 A.   ████████████████████████████████████████

17 █████████████████████████████████████

18 ████████ ████████████████████████████████████

19 ████████████████████████████████████

20 ████████████████████

21 █ ███████████████████████████ ████████████████

22 ████████████████████████████████████

23 █████████████

24 A.   No, sir.

25 Q.   If a search is going on on side █  what usually is

Direct Examination - Megan Millender

1   occurring on side ■?

2   A.   ████████████████████████████████████

3   ████████████████████████████████

4   ██████████████

5   Q.   Do inmates on a side that's not being searched ever go

6   to the restroom so they can look through the glass and see

7   what's going on on the other side?

8   A.   ████████████████████

9   Q.   Would it be possible for an inmate assigned to side 1

10  to have seen Officer Marks conducting a search on side 2?

11  A.   ████████████████████

12  Q.   Would they have been able to communicate with one

13  another?

14  A.   From side ■ to side ■

15  Q.   Yes, ma'am.

16  A.   They can.  A lot of times they'll get near the door and

17  try to talk to each other and let each other know there is a

18  search being conducted.

19  Q.   Would that be between officer and inmate?

20  A.   No, that would be between inmate and inmate.

21  Q.   How would they communicate if they can't go to the

22  other side?

23  A.   They yell through -- they will try and yell through the

24  door hoping that another one will hear them.

25  Q.   If someone were to yell like that, would the control

Direct Examination -  Megan Millender

1    room be able to hear that?

2    A.   Yes, we would hear it.

3    Q.   If someone were to leave side ▆ to go to side ▆  can

4    you walk us through how that would occur, assuming they

5    didn't use the door you have already identified as not being

6    able to go through that?

7    A.   If they wanted to leave from side ▆ to come to side ▆

8    they would either have to go to the secured door that I

9    would have to open for them -- and another way for them to

10   go through is to come back through the vestibule through

11   this secured door, which I would have to open.

12           They would have to go through the back door, which

13   I would have to open, and then to side 1 back door, which I

14   would also have to open, and then to side 1, which I would

15   have to open from the control room.  There is also two doors

16   while you're in the vestibule that they could enter through,

17   and I would also have to open all them doors.

18   Q.   Do you recall opening any of those doors for

19   Officer Marks that night?

20   A.   No, sir, I do not.

21           MR. GWALTNEY:  Thank you.  You can go back to the

22   witness stand.

23           THE WITNESS:  Yes, sir.

24   BY MR. GWALTNEY:

25   Q.   Ms. Millender, are you generally familiar with the

Cross-Examination – Megan Millender

1  Q.   My question again is:  Would this log reflect

2  everything that happened in the dorm that day?

3  A.   Yes, sir, it does.

4  Q.   So you just told me you would not log somebody in if he

5  goes to speak to someone while in the dorm.

6  A.   ████████████████████████████████████████████

7  ███████████████████████████████████████  So

8  we are authorized to talk to inmates, things that aren't put

9  on the logs are officers who are not assigned to the dorm

10 coming in.  But we're not required to put on there if an

11 officer speaks to an inmate.

12 Q.   Well, if an officer speaks to an inmate, and you did

13 not log it in, did that happen in the dorm?

14 A.   Yes, sir.

15 Q.   Would it be on this log?

16 A.   No, sir.

17 Q.   So that means this log will not reflect everything that

18 happened in the dorm?

19 A.   Yes, sir.

20 Q.   Thank you.  A logo was just displayed about the TV show

21 and the hunting channel.  You explain about -- do you know

22 what I'm talking about?

23 A.   The decal?

24 Q.   Yeah.  Let's call it a decal.  Do you -- where do you

25 learn about this?

Redirect Examination - Megan Millender

1    A.    Yes, sir.

2    Q.    In your review of the log, did you at any time before

3    or after you left the control room that night, is there an

4    entry showing Mr. Marks -- or Officer Marks entering the

5    dorm after the search?

6    A.    No, sir, there is not.

7    Q.    And what time does that log reflect you leaving the

8    control room?

9    A.    It doesn't state that I even left that night.

10   Q.    Do you recall whether you left that night?

11   A.    No, I don't recall even leaving that night.

12   Q.    Now, Mr. Hoever asked you several times about logging

13   everything that happens in a dorm.  Are you required to log

14   when inmates go to the restroom?

15   A.    ███████████

16   Q.    Are you supposed to log when they walk to the day room?

17   A.    ███████████

18   Q.    Do you generally log conversations --

19   A.    ███████████

20   Q.    -- that happen among either inmates or officers and

21   inmates?

22   A.    ███████████████

23   Q.    Is it common practice for officers to have to have

24   conversations with inmates?

25   A.    Yes, sir.

Direct Examination - Brandi Benton

1    A.   To my shift supervisor.

2    Q.   Is that part of your department policy and training?

3    A.   Yes.

4    Q.   What would happen if you failed to report that?

5    A.   I could be subject for disciplinary.

6    Q.   And what would that -- what could that discipline

7    include?

8    A.   Up to termination.

9    Q.   Do you recall what your job assignment was on June 6,

10   2013?

11   A.   I don't recall.

12   Q.   Is there something that would refresh your

13   recollection?

14   A.   Daily security roster.

15          MR. GWALTNEY:  Your Honor, may I approach the

16   witness?

17          THE COURT:  You may.

18   BY MR. GWALTNEY:

19   Q.   If you could take a look at that, please.  Don't read

20   it out loud or testify as to what's on it.  Does that

21   refresh your recollection as to where you worked that night?

22   A.   Yes.

23   Q.   So after reviewing that document, what was your

24   assignment on June 6, 2013?

25   A.   ████████████████████

Direct Examination – Brandi Benton

```
 1   Q.   And what were you duties that night?
 2   A.   Can you repeat that?
 3   Q.   What were your duties that night as the ██████  █████████
 4   ████████
 5   A.   Supervise the dorm, conduct count.
 6   Q.   Would you be stationary within the dorm or would you be
 7   walking around all night?
 8   A.   I would be in the dorm.
 9   Q.   Would you have kept any type of record of what happened
10   in the dorm that night?
11   A.   Yes.
12   Q.   What would that record be?
13   A.   A dorm housing log.
14   Q.   What types of events are recorded in the dorm housing
15   log?
16   A.   ██████████████████████
17   Q.   And by ████████████████████ " what do you mean by that?
18   A.   ████████████████████████████████████████████████████████
19   Q.   So the log would reflect when officers enter or exit
20   the dorm?
21   A.   Yes.
22   Q.   Would that apply to officers who were assigned to the
23   dorm and officers that weren't assigned or just the ones
24   that weren't assigned to the dorm?
25   A.   To both.
```

Def. Ex. B - Redacted Excerpts, Day 2

Direct Examination - Brandi Benton

1   Q.   Did you ever see him go over to side 1?

2   A.   No.

3   Q.   Would you have been noticed if Officer Marks left the

4   search area?

5   A.   Yes.

6   Q.   Is there any way that Officer Marks could have snuck

7   over to side 1 without you or anybody else seeing him?

8   A.   No.

9   Q.   Did you go over to side 1 by any chance?

10  A.   No.

11  Q.   When a search is conducted of a dorm in that way, are

12  the inmates wondering around while you are doing it?

13  A.   ████  ████████████████████.

14  Q.   So they ██████████████████████  ███████████████

15  ████████████████████████████

16  A.   The officers.

17  Q.   ████████████████████████████████████

18  ████████████████████████████████████████████████

19  ████████████████?

20  A.   Yes, yes.

21         MR. GWALTNEY:  Now, I'd like the witness to step

22  down --

23         THE COURT:  Certainly.

24         MR. GWALTNEY:  -- and work with the demonstrative

25  exhibit, please.

1   Q.   Mr. Hoever has previously stipulated that he was

2   assigned to ▮▮▮▮▮▮▮▮   From that description, can you tell

3   where that bunk is located?

4   A.   Yes.

5   Q.   Can you place a blue tab on the location where

6   Mr. Hoever's bunk was?

7   A.   (Witness complies.)

8   Q.   If you were conducting a search on side 2 of Echo dorm,

9   would you have any visual connection or any way to see where

10  Mr. Hoever's bunk is located?

11  A.   From the officer's station?

12  Q.   On side 2 while you are conducting a search.

13  A.   ████████████████████████████████████████████

14  ███████████████████████████████████████████

15  ████████

16        MR. GWALTNEY:  Thank you.  You can return to the

17  witness stand.

18  BY MR. GWALTNEY:

19  Q.   Ms. Benton, I'm going to show you a picture of what's

20  been entered as Joint Exhibit 1.  For those that were here

21  earlier, I apologize.  This is a black and white version of

22  the same one we saw earlier.

23        Do you recognize this picture?  Hold on.  Let's

24  wait for it to come up.  Okay.  Do you recognize this

25  picture?

Redirect Examination - Brandi Benton

1   Q.   But if you didn't side -- assign the person to side 1,

2   how are you going to log in that they went to side 2?

3            MR. HOEVER:  No further questions, Your Honor.

4            THE COURT:  Redirect?

5            MR. GWALTNEY:  Yes, Your Honor.

6                    REDIRECT EXAMINATION

7   BY MR. GWALTNEY:

8   Q.   Ms. Benton, when an inmate creates a disturbance in a

9   dorm and they are awaiting escort to confinement, do you

10  leave them in the dorm?  Are they left in the dorm until

11  escort gets there or are they taken to some other part of

12  the facility?

13  A.   ███████████████████████████

14            MR. GWALTNEY:  Your Honor, may I ask the witness

15  to step down again?

16            THE COURT:  You may.

17  BY MR. GWALTNEY:

18  Q.   If you could step over here, can you please point to

19  where the vestibule is?

20  A.   It's in this area.

21  Q.   Okay.  Thank you.

22            (The witness retook to the witness stand.)

23  BY MR. GWALTNEY:

24  Q.   If the officers who came to escort the inmate to

25  confinement entered the vestibule, is that something that

Redirect Examination - Brandi Benton

1  would be logged or would it only be logged if they entered

2  the dorm?

3  A.   Only if they entered the actual dormitory.

4  Q.   And you weren't here previously, so I can't ask you

5  this directly, ███████████████████████████████████████████

6  ████████████████████████████████████████████?

7  A.   ███████████████████████████████████████.

8  Q.   ███████████████████████.

9  A.   Yes.

10  Q.   Who opens that door?

11  A.   ████████████████████████████████████.

12  Q.   So the officer in the officer station, not the one

13  wanting to open the door?

14  A.   Yes.

15  Q.   In the vestibule?

16  A.   Uh-huh.

17  Q.   So if someone left the vestibule to go into the dorm,

18  you would know it; is that correct?

19  A.   Yes.

20  Q.   And would you have logged that if they entered into the

21  dorm?

22  A.   If they entered?

23  Q.   If they left the vestibule and entered into the dorm,

24  would that be logged in?

25  A.   Yes.

Direct Examination – Caleb Paul

1 when you are done looking at it.

2         THE COURT:  Is that a duty roster for June 6th?

3         MR. GRAPER:  Yes, sir.

4         THE COURT:  Any objection, Mr. Hoever?

5         MR. HOEVER:  No, Your Honor.

6         THE COURT:  Without objection, Exhibit 7, a duty

7 roster from June 6th is admitted.

8         (DEFENDANTS EXHIBIT D7:  Received in evidence.)

9 BY MR. GRAPER:

10 Q.   I'll have you take a look, since it has been admitted,

11 you can take a look at it.  What -- is that the duty roster

12 that you were talking about?

13 A.   Yes, sir.

14 Q.   And what day is that for?

15 A.   That is for Thursday, June 6, 2013.

16 Q.   And what was your assignment that day?

17 A.   Internal security.

18 Q.   And what is internal security?

19 A.   ████████████████████████████████

20 ████████████████████  ███████████████████████████

21 ████████████████████  █████████████████████████████

22 ██████████████████████████████████████████████

23 ██████████████████████████████

24 Q.   Who else was assigned -- was anybody else assigned to

25 internal security?

1   A.   Yes, sir.  Sergeant Hunter.

2   Q.   And what was your rank at that point?

3   A.   An officer.

4   Q.   So would Hunter be your supervisor?

5   A.   Yes, sir.

6   Q.   Now, you said that you generally -- you like go around

7   the prison, you don't have an actual assignment; is that

8   correct?

9   A.   You have assigned duties that you have to take care of

10  throughout a shift.  But you don't have an assigned

11  location, no, sir.

12  Q.   Do you recall if you ever entered ▉-dorm that day?

13  A.   I do not recall.

14        MR. GRAPER:  I believe we already entered this as

15  an exhibit, Your Honor, this would be --

16        THE COURT:  The housing unit log for June 6th is

17  Exhibit 8, I believe.

18        MR. GRAPER:  Yes, it is, Your Honor.

19        Thank you.

20        May I approach, Your Honor?

21        THE COURT:  You may.

22        MR. GRAPER:  And you already have a copy of this,

23  correct, Mr. Hoever?  The June 6th log?

24        MR. HOEVER:  Yeah, I have it.

25

Direct Examination - Caleb Paul

1   BY MR. GRAPER:

2   Q.   Can you take a look at this?  This is -- and what are

3   you looking at?

4   A.   This is a housing log for ███ dorm.

5   Q.   What's the day?

6   A.   The day is the 6th, June 6, 2013.

7   Q.   And based on looking at this, do you recall if -- does

8   this notate if you ever entered ███ dorm?

9   A.   Yes, sir.

10  Q.   When did you enter?

11  A.   Approximately --

12  Q.   I know it's redacted, but can you give a ballpark?

13  A.   It should have been about 10 or 15 minutes before 11:55

14  when Officer Benton exited, so that would be about 11:40.

15  Q.   And why would you have entered ███ dorm at that time?

16  A.   Like I said, on internal security when an officer has

17  other duties they have to attend where they need to leave

18  the dormitory, it's a general practice that internal

19  security will step in that dorm to make sure it's not manned

20  alone.

21       And for that day I'd assume since further up

22  there's an inmate being escorted to confinement, I would

23  have assisted in packing the property and relieved

24  Officer Benton so she could go to post.

25  Q.   And then after that -- turn to the last page of the

Direct Examination - Caleb Paul

1    A.    Officer Millender.

2    Q.    Who was the shift supervisor?

3    A.    Captain Fletcher.

4    Q.    From this, do you recall if you entered the dormitory

5    and threatened Mr. Hoever?

6    A.    No, sir.

7    Q.    And did you ever leave the dormitory for another post

8    or whatnot?

9    A.    Yes, sir, I escorted an inmate to medical.

10   Q.    Did you leave the dormitory any time between 6 and 7?

11   A.    Yes, sir, to assist with rec.

12   Q.    What is that?  What is assisting with rec?

13   A.    That's just standing on the rec yard while inmates are

14   allowed to run around and play basketball.  Just enjoy some

15   fresh air.

16   Q.    And would the inmates from the dormitory be with you

17   when you did that?

18   A.    Yes, sir.

19   Q.    So would all the inmates have gone or?

20   A.    Not all of them.  They would all have been afforded the

21   opportunity to step outside to the rec yard.

22   Q.    When did you come back?  Estimate since they are

23   redacted.

24   A.    Estimate, I'd say between ███████████, somewhere

25   around there.

364

1    one?

2    A.    D14 is the A-dorm confinement log.  D15 is the A-dorm

3    housing log.  And D16 is the inspection and the special

4    housing record.

5              MR. GRAPER:  Your Honor, may we use a

6    demonstrative exhibit with the witness?

7              THE COURT:  Certainly.

8              MR. GRAPER:  May the witness step down,

9    Your Honor?

10             THE COURT:  He may.

11             Mr. Hoever, you are free to move.

12   BY MR. GRAPER:

13   Q.    Can you -- do you recognize this plan?

14   A.    Yes, sir.

15   Q.    What is this plan of?

16   A.    This is a plan of A-dorm housing unit.

17   Q.    Can you please briefly describe this unit to the jury?

18   A.    ███████████████████████████████████████

19   ███████████   ████████████████████████████   █████

20   ████████████████████████   ██████████████████████████

21   █████████████████████   █████████████████████████████

22   █████████████████████████████████████████

23   ██████████████████████████

24   Q.    So how do you enter the dormitory?

25   A.    Right here, sir.

Def. Ex. B - Redacted Excerpts, Day 2

365

```
 1   Q.   And who allows you to enter?

 2   A.   The person in the officer's station that controls that.

 3   Q.   Is every door -- describe how the doors move?

 4   A.   ████████████████████████████████████████████

 5        ██████████████████████████████████████████

 6        ████████████████████████████████████  ████

 7        ██████████████████████████████████████████████

 8        ████████████████████████████████  ████████

 9        ████████████████████████████████████?

10   Q.   No.  So you don't -- you take a look at the log, why is

11        there more than one log of A-dormitory?

12   A.   ██████████████████████████████████████████████

13        ████████████████████████████████████████

14        █████████████████████████████████  is how

15        I'd explain it, anyways.

16   Q.   Okay.  And so how is the confinement log different than

17        the log -- the regular log?

18   A.   ████████████████████████████████████████

19        ██████████████████████████████████████████

20        ██████████████████████████████████████████

21        ████████████████████████████████████  ████

22        ██████████████████████████████████████████

23        █████████████.

24             MR. GRAPER:  Okay.  You can go back up there.

25
```

Def. Ex. B - Redacted Excerpts, Day 2

369

1   A.   1 and 2.

2   Q.   Can you tell me where E [sic]-- what -- 1107 is?

3   A.   Right here.

4   Q.   I'm sorry.  A --

5   A.   A1107?

6   Q.   Can you tell me where A1211L is?

7   A.   Repeat it.

8   Q.   A1211L, I put a sticky note there.

9   A.   It's on the ███████████, right here.

10  Q.   And can you put another sticky note where A2105 is?

11  A.   A21 --

12  Q.   2105.

13  A.   (Witness complies.)

14  Q.   Now, what -- where -- can you describe where this one

15  is at?  Can you tell us about that one?

16  A.   It's in the lower part of quad 2 of confinement.

17  Q.   And tell us about the others.

18  A.   This is in the upper part, second level of quad 1 --

19  Q.   Now, can --

20  A.   -- of confinement.

21  Q.   Now, can inmates see between these two walls?

22  A.   Negative.

23  Q.   Wings?

24  A.   No.

25  Q.   Why is that?

1   A.   ████████████████████████████████████████████

2   ████████████████████████████████████████████████

3   Q.   So if an inmate was housed here, could they see

4   anything that goes on up here (indicating)?

5   A.   No, sir.

6   Q.   And now, these two are just two different levels of the

7   same thing.  So like this would be below that; is that

8   correct?  This would be below that?

9   A.   This would be below this one, yes.

10  Q.   So they are just two different levels of the plan?

11  A.   Uh-huh.

12  Q.   So if somebody came into this wing, this inmate would

13  not be able to see if that happened?

14  A.   You are saying if an inmate came in --

15  Q.   No, if an officer came into this wing here, would this

16  inmate be able to see that officer come in and approach his

17  cell (indicating)?

18  A.   Yes, he would.

19  Q.   No, this inmate.  Could this inmate see --

20  A.   Oh.

21  Q.   -- an officer approach that cell?

22  A.   No.

23          MR. HOEVER:  Objection, Your Honor.

24          THE COURT:  The objection is leading and did

25  that -- so you can rephrase the question again.

1    that's where they write which quad they go into.

2              MR. HOEVER:  Thank you.

3              No further questions, Your Honor.

4              THE COURT:  Redirect?

5              MR. GRAPER:  Quick, Your Honor.

6                   REDIRECT EXAMINATION

7    BY MR. GRAPER:

8    Q.   Based on D13, the roster from August 20th, what shift

9    is that?

10   A.   This is night, ████████████

11   Q.   When does night begin and end?

12   A.   ████████████████████████████████████████████████

13   ████████████████████████████

14   Q.   When is meals served?

15   A.   When is meal served?

16   Q.   Yes.

17   A.   Well --

18   Q.   Is it on the night shift?

19   A.   It's on the night shift.  Then oftentimes by the time

20   the day shift has already fed them for the night and then

21   when you get there, you don't have to feed them until,

22   usually about 3, 4, 5 in the morning.  It varies when they

23   get it ready.

24   Q.   So the night shift is responsible for how many meals?

25   A.   One.

Redirect Examination – Wesley Wilson

```
 1              THE COURT:  Sustained.  He responded he does not
 2   recall whether he spoke with Officer Paul or not; is that
 3   correct?
 4              THE WITNESS:  Correct.
 5   BY MR. HOEVER:
 6   Q.   How many officer approximately enter in a day, or in a
 7   shift?
 8   A.   In a day?
 9   Q.   Yeah.  Depending on night or day shift?
10   A.   It just all depends.  I mean, some days you might not
11   have anybody enter.  Some days you might have 10 or
12   15 people.  It just all depends on what happens.
13   Q.   Do the captains come around and make records?
14   A.   Captains come around, yes, sir.
15   Q.   And you log it out every time they come?
16   A.   Yes.
17   Q.   How often do they come?
18   A.   ███████████████████████████████    ████████████
19   ████████████
20              MR. HOEVER:  Thank you.
21              No further questions.
22              THE COURT:  Redirect, if any?
23                     REDIRECT EXAMINATION
24   BY MR. GRAPER:
25   Q.   To clarify, what is a 229 form?
```

Direct Examination - Dave Wallace

1   A.   No, sir.

2   Q.   What would you do if you had seen any of these acts

3   committed by these men?

4   A.   Report them to my supervisor.

5   Q.   What could happen to you if you didn't report them?

6   A.   Probably lose my job.  Possible criminal charges.

7   Q.   Do you recall on June 20, 2013, what your job

8   assignment was?

9   A.   No, sir.

10  Q.   Is there something that could refresh your

11  recollection?

12  A.   My duty roster.

13          MR. GWALTNEY:  Your Honor, may I approach?

14          THE COURT:  You may.

15  BY MR. GWALTNEY:

16  Q.   Sir, I'd like to show you a document that's already

17  been entered into evidence as Defense Exhibit 9.

18  A.   Okay.

19  Q.   Can you identify what that is?

20  A.   Yes, sir, that's a daily security roster for the

21  prison.

22  Q.   And for what shift?

23  A.   ████████████████████

24  Q.   What hours of the day does D-shift cover, sir?

25  A.   ████████████████

1    that date.

2    Q.    What days are they?

3    A.    June 6th and August 20th.

4    Q.    Which exhibit is which?

5    A.    D7 is June 6th.  August 20th is D13.

6    Q.    What was your assignment on those two days?

7    A.    Internal Security Sergeant.

8    Q.    Who also was assigned to that?

9    A.    Caleb Paul.

10   Q.    Could you please describe what Internal Security does?

11   A.    ███████████   ████████████████████████████

12   ████████████████████████████████████████████████

13   ████████████████████████████████████████

14   ████████████████████████   ████████████████████████

15   ██████████████████████████████.

16   Q.    And are you assigned with the other officer the whole

17   time?

18   A.    ██████████████████████████   ████████████

19   ████████████████████████████████████

20   ███████████

21   Q.    And can you give me a percentage of how much you guys

22   are together?

23   A.    I'd say 85 to 90 percent.

24   Q.    You ever -- now, do you recognize the three defendants

25   here?

Direct Examination - Jerrod Hunter

```
 1   A.   Yes, sir.

 2   Q.   Who is the man on the left?

 3   A.   Sergeant Marks -- Officer Marks.

 4   Q.   Who is the man wearing the uniform?

 5   A.   Sergeant Paul.

 6   Q.   Who is the man with the blue shirt?

 7   A.   Sergeant Nunez.

 8   Q.   How do you know them?

 9   A.   I've worked with them throughout the years, through the

10   Florida Department of Corrections.

11   Q.   What shift do you normally work on?

12   A.   Right now I'm assigned to █ shift.

13   Q.   What is that?

14   A.   It' ██████████ t.

15   Q.   And in 2013 what shift were you assigned to?

16   A.   ████████████████ .

17   Q.   Are you -- do you know if Officer Nunez was assigned to

18   that shift?

19   A.   I do not.

20   Q.   And when is that shift?

21   A.   I'm sorry?

22   Q.   When is that shift?

23   A.   When is that shift?

24   Q.   What are the hours of that shift?

25   A.   ████████████████ .
```

Def. Ex. B - Redacted Excerpts, Day 2

Direct Examination - Jared Hewitt

1   unredacted version of that because I would like to ask about

2   some things that were left redacted.

3   BY MR. GWALTNEY:

4   Q.   I'm showing you this for recollection purposes.  Don't

5   talk about it out loud.  Just if you would, review it for a

6   minute and I'll take it back from you.

7        THE COURT:  You can leave it with him and you can

8   ask him questions.  If you need to be -- he needs to refresh

9   his recollection again, then he can look back depending on

10  your questions.

11       MR. GWALTNEY:  Thank you, Your Honor.

12  BY MR. GWALTNEY:

13  Q.   After reviewing that document, does that refresh your

14  memory as to what your primary duty was that day?

15  A.   Yes, sir.

16  Q.   What was your primary duty?

17  A.   Foxtrot dormitory supervisor.

18  Q.   Did you have a secondary assignment as well?

19  A.   Yes.

20  Q.   What was that secondary assignment, please?

21  A.   Chow.

22  Q.   What shift is that related to?

23  A.   I believe it's A-shift.  ████████████

24  Q.   What hours of the day does ████████ cover?

25  A.   ████████████████████

Direct Examination - Jared Hewitt

1  Q.   What were your duties under your secondary duty

2  capacity, what were your duties as mess hall supervisor?

3  A.   I was most likely inside the chow hall.

4  Q.   You said "most likely."  Did it vary from day-to-day or

5  sometimes?

6  A.   Yes, it can.

7  Q.   Would it vary even during the shift?

8  A.   That's possible.  It depends on who is available.

9  Q.   Can you describe what goes on at the mess hall during

10  meal time?

11  A.   We feed the compound, which is about anywhere from 12

12  to 1,400 inmates in about an hour and a half.

13  Q.   And how do you facilitate that?

14  A.   ████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████████    ██████████████████████

17  ██████████████████████████████████████████████

18  ████████████████████████████████████

19  Q.   So this is a fairly -- would it be safe to say this is

20  a fairly fast-paced operation?

21  A.   Yes, sir.

22  Q.   Now, with the officers who are bringing the inmates to

23  the chow hall, would they always be assigned as a mess hall

24  supervisor or could that they be assigned to other duties?

25  A.   It depends on who is available at the time.  It depends

Direct Examination - Jared Hewitt

1  on what staff you have there at that day.

2  Q.    After looking at the roster, can you tell us anybody

3  else who was assigned to mess hall supervision on August 2,

4  2013.

5  A.    Sergeant Barber, Officer Bankston, Officer Hathcock,

6  myself, Sergeant Hampton, Sergeant Nunez, Sergeant Paynter,

7  and Officer Segree.

8  Q.    ████████████████████████████████████████████

9  ████████████████████████████████████████████████?

10 A.    Yes, sir.

11 Q.    So on a given day you've got anywhere from -- it looks

12 like -- ████████████████████████████████████████

13 ████████████████████████████?

14 A.    Yes, sir.

15 Q.    Do you recall seeing Officer Nunez confront Mr. Hoever

16 on that day?

17 A.    No, sir.

18 Q.    Is that something that would likely stand out in your

19 mind if it happened?

20 A.    Yes, sir.

21 Q.    Is there a lot of time an officer has to talk to

22 inmates during this process?

23 A.    Not really.  You are kind of constantly working.

24 Q.    I'd like to show you what's been marked as Exhibit J1.

25        Do you recognize this?

Cross-Examination - Jared Hewitt

1   Q.   Are the seats behind him when he's focusing on the

2   window?

3   A.   No.

4   Q.   Is there a railing?

5   A.   Yes.

6   Q.   Is the officer standing at the railing?

7   A.   Yes.  The wall is behind him.

8   Q.   Looking into the window?

9   A.   ████████████████████████████████████████████████

10  ████████████████████████████████████████

11  Q.   So at the same time he's focusing on what's coming out

12  of the window --

13  A.   Uh-huh.

14  Q.   -- and the people sitting in the chow hall.  And if

15  somebody is walking outside the door, he will also notice

16  that?

17  A.   You talking about inmate or staff?

18  Q.   The one officer who is standing at the window, checking

19  the trays coming through the window, at the same time he is

20  looking at this inmate sitting in those seats and he would

21  also see one officer walking outside the door?

22  A.   Yes.  Because you are supposed to keep an eye on your

23  staff members at all times.  You keep up with who's where

24  and what's going on.

25  Q.   That's one officer?

Direct Examination - John Nunez

1   Q.   What is that document?

2   A.   That is a redacted version of the security roster for

3   July 20th.

4   Q.   And what shift is that?

5   A.   ███████

6   Q.   What hours does ███████ cover?

7   A.   ██████████

8   Q.   Does that document reflect what your secondary duty

9   assignment was that day?

10  A.   Yes, sir, it does.

11  Q.   What was your secondary duty assignment?

12  A.   ███████████████

13  Q.   Can you briefly describe what your responsibilities

14  were as a mess hall supervision?

15  A.   Ultimately it would depend on your staffing levels.  It

16  could be where you were assisting in movement, bringing

17  inmates from the dormitories to the chow hall, to actual

18  monitoring inside the chow hall where the inmates would

19  receive the trays and where you would direct them to sit, or

20  it could be as far as you running out in front of the chow

21  hall where you are directing how ever many inmates go to the

22  east side chow hall and how many inmates go to west side

23  chow hall.

24  Q.   If you were assigned as a secondary duty to mess hall

25  supervision, would you be assigned for all three meals for a

Direct Examination - John Nunez

1   Q.   Do you remember what your assignment was that day?

2   A.   No, sir.  In all honesty, I do not recall.

3   Q.   Something that I could show you to refresh your

4   recollection?

5   A.   Yes, sir.

6           MR. GWALTNEY:  May I approach, Your Honor?

7           THE COURT:  You may.

8   BY MR. GWALTNEY:

9   Q.   I'm showing you what's been marked as Defense

10  Exhibit 20.  If you could, take a look at that, please.

11       Do you recognize that document?

12  A.   Yes, sir, I do.

13  Q.   And what is it?

14  A.   That's daily security roster.

15  Q.   For what date?

16  A.   August 2, 2013.

17  Q.   And which shift?

18  A.   ███████

19  Q.   And would the time frame for that █shift be the same

20  on August 2nd that it was on July 20th?

21  A.   Yes, sir.

22  Q.   And that would be from?

23  A.   ██████████████ .

24  Q.   Was the █shift the shift that you typically worked

25  June, July, and August of 2013?

Direct Examination – John Nunez

1   A.   Yes, sir.

2   Q.   Do you recall any time during those three months that

3   you were ever assigned to another shift?

4   A.   No, sir.  When we went to 12-hour shifts in 2012, I

5   never worked a night shift.

6   Q.   And if your shift ended at ███████ during those three

7   months, would you hang around and go to other dorms, or

8   would you leave the premises quickly?

9   A.   If that was not needed for the oncoming shift, yes,

10  sir, I would have left and I went straight home or to the

11  gym.

12  Q.   And if you did hang around inside the fence of the

13  prison and go to another dorm, do you believe that would

14  have been something that the dorm officer would have logged?

15  A.   I -- if I was told that I had to stay, I wouldn't be

16  hanging out.  I was trying to get whatever I could get done

17  and then go home as quickly as I could.

18  Q.   If you were told that you had to stay over --

19  A.   Uh-huh.

20  Q.   -- would your name then appear on the log for the next

21  shift?

22  A.   Yes, sir, it would have to be.

23  Q.   All right.  Back to the document that I just gave you,

24  does that refresh you recollection as to what your

25  assignment was on August 2, 2013?

Direct Examination - John Nunez

1    A.    Yes, sir.  It states "███████████████ "

2    Q.    And was that listed as your primary or secondary duty?

3    A.    That would be my ████████████

4    Q.    Is mess hall assignment always a ████████████

5    A.    Yes, sir.

6    Q.    So during the day you would -- during your shift you

7    would have other duties to do when it wasn't meal time?

8    A.    Yes, sir.

9    Q.    Do you recall having a conversation with Mr. Hoever on

10   August 2, 2013?

11   A.    It really wasn't a conversation.  I just said something

12   to him.

13   Q.    What is your recollection of what happened on that

14   date?

15   A.    I told him that his friend, the judge, didn't have me

16   fired.

17   Q.    Did you say anything else?

18   A.    No, sir.

19   Q.    What was Mr. Hoever's reaction to that, if any?

20   A.    Kind of like a scowl.

21   Q.    Did he say anything in return to you?

22   A.    No, sir.

23   Q.    Do you recall if any other officers were around to hear

24   Mr. Hoever say that to you?

25   A.    In all honesty, no, sir, I don't.

Direct Examination - Robert Marks

1  Q.   So that was November --

2  A.   Of '15.

3  Q.   -- of '15?

4  A.   Yes, sir, when I made classification.

5  Q.   So you are getting close to almost a year at this

6  point?

7  A.   Yes, sir, I'll be off my year November 6th of this

8  year.

9  Q.   What prisons -- so you said "Wakulla" and "Franklin."

10  what -- are those the only two prisons you are assigned to?

11  A.   That is correct.  Those are the only two facilities I

12  worked.

13  Q.   In 2013, what facility were you assigned to?

14  A.   I was at Franklin CI.  I was with ███ shift.

15  Q.   What rank were you at that time?

16  A.   I was an officer.  I just started back with the

17  department.

18  Q.   And as a reminder, when did you become a sergeant?

19  A.   2014 I became a sergeant.

20  Q.   What is a grievance?

21  A.   A grievance is basically a formal complaint that an

22  inmate can file.  They can grieve anything.  That's bound by

23  Chapter 33-103 of Florida Administrative Code.  They can

24  grieve anything.  They can grieve their scoop of food wasn't

25  too big on their tray, officers walking too loudly through

Direct Examination - Robert Marks

1   reviewed documents.  And you are telling me I reviewed them

2   before trial and I know what --

3               THE WITNESS:  No.  We've talked about the dates in

4   question.  I'm sorry.

5               THE COURT:  For two days; correct?  So your

6   recollection is refreshed; right?

7               THE WITNESS:  Yes, sir.

8               THE COURT:  Certainly you can.

9               THE WITNESS:  I'm just trying to save time, I'm

10  sorry.

11              THE COURT:  No, I understand.

12              If you remember, there is no reason to show you

13  something to refresh your recollection.

14              So counsel, ask.

15              THE WITNESS:  Okay.

16  BY MR. GRAPER:

17  Q.   On June 20, 2013, what shift were you assigned to?

18  A.   I was on ███████ shift.

19  Q.   What is ███████ shift?

20  A.   ███████ shift is the night shift.  There are ███████

21  ███████████████████████████████████████████████████████████

22  ███████  ███████████████████████████████████████████████████

23  ████████████████████ .

24  Q.   And what are the other three shifts?

25  A.   ████████████████████████████████████████████████████

Direct Examination - Robert Marks

1   Q.   And which one of those shifts are during the day and

2   which ones are at night?

3   A.   ████████████████████████       ████████████████████████

4   ████████████████

5   Q.   Are ██ nd ██  and ██ and ██, do they alternate or

6   something?

7   A.   Well, the days you work -- let's say for instance,

8   today, ██ shift would work today, ██ shift works a night.  So

9   ██ and ██ shift are in correlation with each other.  And ██ and

10  ██ shift would be in correlation with each other.

11  Q.   To your knowledge, was Officer Nunez assigned to the

12  night shift on June 20, 2013?

13  A.   When I came back in 2013, he was already on day shift

14  and he never went back to night shift.  So, no, sir, he was

15  not on our shift.

16  Q.   In 2013 were you on night or day shift?

17  A.   I was on night shift.  I came back.  When I started

18  back in March, I was on ████████ shift.

19  Q.   So you two were not on the same shift?

20  A.   No, sir, not at all.

21  Q.   Do you recall if you entered into E dormitory?  Do you

22  know what your assignment was on June 6?

23  A.   I was assigned to Hotel, housing unit.

24  Q.   Did you ever enter E dormitory on June 6th?

25  A.   May I see the housing log to reflect that?  I don't

Direct Examination - Robert Marks

1   Q.   You do recall?

2   A.   Uh-huh.

3   Q.   Did you -- can you tell me what happened?

4   A.   Me and Sergeant Hunter responded to dorm -- any time

5   you have a disruptive inmate, especially after hours --

6   ███████████████████████████████████████   So we always

7   try to work in pairs at night.  Especially going to get a

8   disruptive inmate, you don't want to go in there by yourself

9   because you don't know what you are going into.

10          This particular night this inmate was in the

11   vestibule, which is not inside the dormitory, it's outside.

12   From the demonstrative, y'all saw that, where the vestibule

13   is at.  We just walked in the first door to enter the

14   vestibule, handcuffed the inmate, and escorted him to

15   medical for his pre-confinement.  Before an inmate goes to

16   confinement, they have to get a premedical physical to make

17   sure they are fit to go to confinement.

18   Q.   What happened after you did that?  Do you recall?

19   A.   I'm sure that I escorted him on to confinement, and

20   probably returned to my dormitory.

21   Q.   That's all about that.

22          Let's go back over to June 20th --

23   A.   20th.

24   Q.   -- 2013.

25   A.   Okay.

Direct Examination - Robert Marks

1  Q.   Do you recall what your assignment was on that day?

2  A.   █████, housing officer.

3  Q.   Did you ever enter E dormitory on that day?

4  A.   May I see the housing log, please, sir, for Echo

5  housing unit.

6         MR. GRAPER:  May I approach, Your Honor?

7         THE COURT:  You may.

8  A.   No, sir.

9  BY MR. GRAPER:

10 Q.   Now, you said -- did you on August -- on June 20, 2013,

11 did you have any interaction with Mr. Hoever?

12 A.   No, sir.

13 Q.   At that point in time, did you know about anything that

14 Mr. Hoever -- did you know who Mr. Hoever was?

15 A.   No, sir.  Like we previously stated, there is almost

16 1,500 inmates housed at our facility.  While some I have

17 contact with daily that are, like, my housemen and

18 orderlies, I might know them by face and name, but I didn't

19 work Echo dorm so I would not be familiar with this inmate.

20 Q.   When was the first time that you had the opportunity to

21 find out who Mr. Hoever was?

22 A.   Honestly, when I got the lawsuit.  I know I previously

23 stated that I filled out an incident report, but we -- we

24 had to fill out incident reports all the time because

25 inmates make allegations through various times.  And I don't

Direct Examination - Robert Marks

1   really feed into it.  Having to fill an incident report out

2   on an inmate, just like I said, it rolls off my back and I

3   go on about my day.  When I got a lawsuit, then I have a

4   little more interest in who this person was that was suing

5   me.

6   Q.   Okay.

7          MR. GRAPER:  May I retrieve that, Your Honor?

8          THE COURT:  You may.

9   BY MR. GRAPER:

10  Q.   Then you said you had filled out an incident report.

11  Do you recall the specifics of that incident report?

12  A.   If you could show it to me and remind me, that would be

13  excellent.

14  Q.   I'll move on.  I'm sure Mr. Hoever will ask you.

15          On June 29th do you know what your assignment was?

16  A.   ███████, housing officer.

17  Q.   Did you ever enter E dormitory on that night?

18  A.   If I could see the housing log, that would be

19  excellent.

20          MR. GRAPER:  May I approach, Your Honor?

21          THE COURT:  You may.

22  A.   It appears at █████████████████████████████

23  ███████████████.

24  BY MR. GRAPER:

25  Q.   How do you know that from this log?

Direct Examination – Robert Marks

1   And so that's probably why we exited -- here is
2   where we exited the dorm at 9:16 to go back to our normal
3   housing unit so we can get ready to conduct master roster
4   count.  And master roster count is the most important count.
5   We do it every day because that's when we actually ID the
6   inmates by their ID and make sure they are accounted for
7   before it gets too late.
8   Q.   Now, can you tell me how this search is done?
9        Am I counting that correctly?  That's eight people?
10  A.   Correct.
11  Q.   Now --
12  A.   
13
14
15
16
17
18
19
20
21
22
23
24
25

Def. Ex. B - Redacted Excerpts, Day 2