IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    *Plaintiff,*

v.   Case No.: 4:13cv549-MW/GRJ

**R. MARKS, et al.,**

    *Defendants.*

_____/

## ORDER TO MEDIATE WITH MAGISTRATE JUDGE

This Court held a status conference on June 4, 2021, to see how the parties intended to proceed with this case. The parties have indicated that they would like to mediate with a Magistrate Judge on an expedited basis. Accordingly,

**IT IS ORDERED:**

1. The parties shall mediate via telephone with Magistrate Judge Martin Fitzpatrick. Defendants should contact Judge Fitzpatrick's chambers on or before Friday, June 11, 2021, to set a time for mediation. The mediation should be set on an expedited basis. Defendants are responsible for setting up the telephonic mediation.

2. To the extent the parties need to exchange information pertinent to Plaintiff's claim for punitive damages, the Magistrate Judge will handle the exchange.

3. All other deadlines in this case are stayed until after the parties have had a meaningful opportunity to mediate.

4. Within 7 days of mediating with Judge Ftizpatrick, the parties shall file a notice with this Court of the outcome of the mediation and indicate whether this case will proceed to trial.

**SO ORDERED on June 4, 2021.**

s/Mark E. Walker
**Chief United States District Judge**
