# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    *Plaintiff,*

v.   Case No.: 4:13cv549-MW/GRJ

**R. MARKS, et al.,**

    *Defendants.*

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR UNREDACTED TRANSCRIPT

This Court has considered, without hearing, Plaintiff's unopposed motion to receive an unredacted copy of Volume 2 of the trial transcript in this case. ECF No. 217. The unopposed motion is **GRANTED**. Plaintiff's counsel may receive an unredacted copy of Volume 2 of the trial transcript to prepare for mediation. No portion of the unredacted trial transcript shall be filed on the docket. Plaintiff's counsel is not permitted to disseminate the unredacted transcript or give any portion thereof to anybody else for dissemination.

**SO ORDERED** on July 2, 2021.

                                                          **s/Mark E. Walker_____**
                                                          **Chief United States District Judge**